# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW SCHLESINGER | ) |
| | ) **Judge Feldman** |
| | ) |
| vs. | ) **Magistrate Judge Roby** |
| | ) |
| | ) **CASE NO. 14-545 "F"** |
| FURNITURE MART - REAL ESTATE | ) |
| HOLDINGS, L.L.C., *et. al*. | ) |
| | ) |
| | ) |
| _____ | ) |

## CONSENT MOTION TO DISMISS LAWSUIT WITH PREJUDICE

Andrew Schlesinger, Plaintiff, through undersigned counsel, respectfully submits this Consent Motion to Dismiss this Lawsuit with Prejudice for the following reasons:

1. The parties have reached a full and final amicable resolution that includes certain future undertakings and performances by defendant and third-party defendant.

2. The parties accordingly desire to dismiss the lawsuit with prejudice, with each party to bear its own costs.

3. Counsel for defendant and counsel for third-party defendant have reviewed this Motion and the attached Order prior to same being filed with the Court, and consent and agree to the entry of the Order and the relief requested therein.

**WHEREFORE**, Andrew Schlesinger, Plaintiff, through undersigned counsel, respectfully requests that this Court grant this consent motion and: dismiss the Plaintiff's lawsuit with prejudice and administratively close this matter.

Respectfully Submitted,

THE BIZER LAW FIRM
Attorneys for Plaintiff
Andrew D. Bizer, Esq. (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus, Esq (LA # 35105)
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

By:/s/ Garret S. DeReus, Esq.
    **GARRET S. DEREUS, Esq.**

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing pleading has been delivered to all counsel of record on January 26, 2015, by email, hand delivery, deposit in regular mail (postage prepaid), or ECF filing.

By:/s/ Garret S. DeReus, Esq.
    **GARRET S. DEREUS, Esq.**