## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW SCHLESINGER | ) |
| | ) **Judge Feldman** |
| | ) |
| vs. | ) **Magistrate Judge Roby** |
| | ) |
| | ) **CASE NO. 14-545 "F"** |
| FURNITURE MART - REAL ESTATE | ) |
| HOLDINGS, L.L.C., *et. al*. | ) |
| | ) |
| _____ | ) |

## ORDER OF DISMISSAL

Considering the Consent Motion to Dismiss this Lawsuit with Prejudice submitted by Andrew Schlesinger, Plaintiff, through his undersigned counsel, and the representations contained therein regarding the settlement of this matter and the consent by defendant and third-party defendant to the entry of this Order:

**IT IS ORDERED THAT:**

1. The claims and demands asserted by Andrew Schlesinger, Plaintiff, and third-party plaintiff Furniture Mart – Real Estate Holdings, L.L.C., be and hereby are dismissed with prejudice, with each party to bear its own costs.

2. This case shall be closed for administrative purposes.

New Orleans, Louisiana, this __28th__ day of __January__, 2015.

*Martin L. C. Feldman*
**JUDGE**